No. 618. FRETWELL v. PEOPLES SERVICE DRUG STORES, INC.; and

No. 786. SABIN ET AL. v. HOME OWNERS' LOAN CORPORATION. June 8, 1942. The motions for leave to file second petitions for rehearing are granted. The second petitions for rehearing are denied. No. 618, 315 U. S. 826; No. 786, 315 U. S. 800, 829.

No. 723. UNITED STATES v. MASONITE CORPORATION ET AL. June 8, 1942. The petition for rehearing is denied. MR. JUSTICE ROBERTS and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 1005. BOHNKE ET AL. v. STATE OF NEW YORK. June 8, 1942.

No. 1030. TINKOFF ET AL. v. GOLD, TRUSTEE, ET AL. June 8, 1942.

Nos. 1102 and 1103. MILLER v. DUFFY, WARDEN. June 8, 1942.

No. 1144. McCOACH, TRUSTEE, v. GRIFFIN, ADMINISTRATOR. June 8, 1942.

No. 1241. JOHNSON v. ALABAMA. June 8, 1942.